# EXHIBIT B

 Личный кабинет

**Т БАНК**    Частным лицам    Бизнесу    Премиум    Еще

# Возобновите работу с иностранными заказчиками



## Комиссия сервиса Gtpaid — от 4,09 до 7,09% за платёж

### Не нужно открывать офис и счет за рубежом

Вы получаете оплату в рублях на российский счет. Страна и банк заказчика не имеют значения

### Привычный способ оплаты для заказчика

Заказчик оплачивает ваши услуги банковским переводом на счет партнера

### Прием переводов через платформу Deel

Если заказчик платит с помощью Deel, наш партнер поможет получить деньги в рублях на счет в Т-Банке. Дополнительно нужно будет оплатить комиссию платформы