# EXHIBIT C

Google

translate russian to english

All Images Shopping Videos Forums Web Books More Tools

Russian | English

Прием переводов через платформу Deel
Если заказчик платит с помощью Deel, наш партнер поможет получить деньги в рублях на счет в Т-Банке. Дополнительно нужно будет оплатить комиссию платформы английский

Priyem perevodov cherez platformu Deel
Yesli zakazchik platit s pomoshch'yu Deel, nash partner pomozhet poluchit' den'gi v rublyakh na schet v T-Banke. Dopolnitel'no nuzhno budet oplatit' komissiyu platformy angliyskiy

Receiving transfers via the Deel platform
If the customer pays via Deel, our partner will help to receive money in rubles to the account in T-Bank. Additionally, you will need to pay the platform commission English

Open in Google Translate • Feedback

Google Translate
https://translate.google.com

## Google Translate

Google's service, offered free of charge, instantly translates words, phrases, and web pages between **English** and over 100 other languages.

## People also ask

What is the most accurate Russian to English translator?

