# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
1:25-CV-20017-MARTINEZ/SANCHEZ

MELANIE DAMIAN, in her capacity as a court-appointed Receiver, on behalf of Surge Capital Ventures, LLC and others similarly situated,

    Plaintiff,

vs.

DEEL INC., a Delaware corporation, DPayments LLC, a Delaware limited liability company, and Jeremy Berger, Individually,

    Defendants.

RICO CLASS ACTION
JURY DEMANDED

## AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITIONS
*as to typo of date of Cavallini deposition only.*

Please take notice that Plaintiff MELANIE DAMIAN, in her capacity as court-appointed Receiver, on behalf of Surge Capital Ventures, LLC and others similarly situated, will take the videotaped depositions of the following, at the agreed dates, times, and locations listed below:

| **Deponent:** | **Date and Time:** | **Location:** |
| --- | --- | --- |
| Jeremy Berger | Monday, August 18, 2025, at 9:00 a.m. EDT | Johnson Pope Bokor Rupple & Burns, LLP<br>360 Central Ave, Ste 500<br>St. Petersburg, FL 33701 |
| Alex Bouaziz | Tuesday, August 19, 2025, at 9:00 a.m. | Damian & Valori, LLP<br>1000 Brickell Ave, Ste 1020<br>Miami, FL 33131 |
| Corporate Representative of Deel Inc. | Wednesday, August 20, 2025, at 9:00 a.m. | Damian & Valori, LLP<br>1000 Brickell Ave, Ste 1020<br>Miami, FL 33131 |

1

| | | |
|---|---|---|
| Anastasia Cavallini | Thursday, August 21, 2025, at 9:00 a.m. | Damian & Valori, LLP 1000 Brickell Ave, Ste 1020 Miami, FL 33131 |

DATED:  July 16, 2025                                         **JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**

*/s/ Guy M. Burns*
Guy M. Burns, Esq.
Fla. Bar No. 160901
400 N. Ashley Drive, Suite 3100
Tampa, Florida  33602
(813) 225-2500
guyb@jpfirm.com
conniel@jpfirm.com

*and*

GRADYLAW™

*/s/ Thomas R. Grady*
Thomas R. Grady, Esq.
Fla. Bar No. 350702
720 Fifth Avenue South, Suite 200
Naples, Florida 34102
trgrady@gradylaw.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on July 16, 2025, by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing.

*/s/ Guy M. Burns*
Guy M. Burns

*#10862929*

2